# UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 21, 2014

MEMO TO COUNSEL RE: R/C Theatre Management Corp. v. Metro Movies, et al.
Civil No. JFM-13-984

Dear Counsel:

I have reviewed the memoranda submitted in connection with Metro Movies, LLC motion for reconsideration (document 51) and R/C Theatres Management Corporation's motion to reconsider (document 48).

Both motions are denied. Assuming that adequate grounds were stated for me to reconsider my prior rulings, I am satisfied that my prior rulings were correct.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 OCT 21 PM 4:27
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY